# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

OCIE OLA WRIGHT, Jr.

                V.                                 **JUDGMENT IN A CIVIL CASE**

FELKER, Warden

                                            **CASE NUMBER:**    08 cv 2255 JM (PCL)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court grants Respondent's motion to dismiss . The Petition is hereby dismissed and Petitioner's motions for an evidentiary hearing , for untimely filing , and to appoint counsel are denied as moot. Furthermore, the court denies Petitioner's motion to appoint counsel on the equitable tolling issue..............................................................................................................................................................

..............................................................................................................................................................

| May 18, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON May 18, 2009 |